

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00610-CR

| | | |
|---|---|---|
| The State of Texas | § | From County Court at Law No. 2 |
| | § | of Wichita County (07-8755-M12-56661-F) |
| | § | |
| v. | | |
| | § | February 27, 2014 |
| | § | Opinion by Justice Walker |
| Jonathan Michael Munsey | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker